**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy Scott Diehl, | No. CV-19-01568-PHX-DLR (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Before the Court is the Magistrate Judge's report and recommendation ("R&R") on Petitioner's motion for reconsideration. (Doc. 23.) Petitioner withdrew his motion for reconsideration, (Doc. 22), on August 6, 2019. (Doc. 24.) Therefore,

**IT IS ORDERED** that the Magistrate Judge's R&R, (Doc. 23), is denied as moot.

Dated this 4th day of October, 2019.

Douglas L. Rayes
United States District Judge